# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

JOSEPH A. MEYER, JR. and
STATIM HOLDINGS, INC.,

      Defendants.

Civil Action File No.
1:18-cv-05868-LMM

**<u>ORDER</u>**

This matter is before the Court on Receiver Al Hill's ("Receiver") Motion to Allow and Pay Fees and Expenses to the Receiver (First Interim Application) ("Motion").   The Receiver requests payment of attorneys' fees and expenses incurred in his duties as Receiver during the period July 1, 2019, to August 31, 2019. No other party filed a response to the Motion, and it is deemed unopposed.  N.D. Ga. LR 7.1(B).  Having considered the Motion, and that it is unopposed,

**IT IS HEREBY ORDERED** that the Receiver's Motion to Allow and Pay Fees and Expenses to the Receiver (First Interim Application) is **GRANTED.**  The Receiver is authorized to draw down $59,416.17 from the assets of the receivership to pay the Receiver and his counsel and $7.040.00 to pay Lightfoot Group, LLC.

**SO ORDERED** this ___ day of _____, 2019.

_____
Leigh Martin May
United States District Judge
Northern District of Georgia

-2-