# EXHIBIT C

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
Receivership, Civil Court Docket No. 1:18-cv-05868-LMM
Reporting Period 10/01/2019 to 10/31/2019

(Balances Subject to Audit)

| | FUND ACCOUNTING | | | 12/26/2019 |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (As of 09/30/2019): (Schedule 1.1) | **$27,791,169.32** | | |
| | ***Increases in Fund Balance:*** | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | -$8,246.52 | | |
| Line 4 | Interest/Dividend Income | $13,839.45 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous-Other | $34,649.76 | | |
| | **Total Fund Available (Lines 1-8):** | | $40,242.69 | $27,831,412.01 |
| | ***Decreases in Fund Balance:*** | | | |
| **Line 9** | **Disbursements (Loans) to Investors** | $0.00 | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals (Sched 10.1) | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | -$2,322.80 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | -$2,322.80 | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursement for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Line 9-11):** | | | -$2,322.80 |
| **Line 13** | **Ending Balance (As of 10/31/2019):** | | | **$27,829,089.21** |

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

(Balances Subject to Audit)

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Investments | | | $6,832,431.59 |
| Line 14b | Investments | | | $20,752,183.57 |
| Line 14c | Other Assets or Uncleared Funds | | | $244,474.05 |
| | **Total Ending Balance of Fund - Net Assets** | | | **$27,829,089.21** |

| **OTHER SUPPLEMENTAL INFORMATION:** | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Indentification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | | | 0 |
| *Line 18b* | *# of Claims Received Since Inception of (Receivership)* | | | 0 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | 0 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception (Receivership)* | | | 0 |

Receiver:

By: _____
(signature)

_____
(printed name)

Date: _____

**Pg. 2**

### SCHEDULE 1.1

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

### DETAIL OF LINE 1, BEGINNING BALANCE

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|---|---|---|---|---|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 09/30/19 | $12,110,615.35 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 09/30/19 | $17,133.74 |
| Arjun, LP | Loans to Investors | multiple | 09/30/19 | $9,298,058.65 |
| Arjun, LP | BMO Harris (CD's) | 6900598944 | 09/30/19 | $1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 09/30/19 | -$84.65 |
| Arjun, LP | BMO Harris [1] | 4824436117 | 09/30/19 | $12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 09/30/19 | $1,580,667.25 |
| Arjun, LP | First IC Bank | 0981 | 09/30/19 | $513,144.76 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 09/30/19 | $100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 09/30/19 | $100,000.00 |
| | | | **Arjun, LP Subtotal** | **$24,982,225.65** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 09/30/19 | $5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 09/30/19 | $1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 09/30/19 | $100.00 |
| Statim Holdings | Delta Community | 80083132-Bus Mon Mkt | 09/30/19 | $1,021,628.36 |
| Statim Holdings | Arjun Capital Acct | 186590 | 09/30/19 | $1,606,078.89 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 09/30/19 | $180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,808,943.67** |
| | | | **Arjun & Statim Total** | **$27,791,169.32** |

**SCHEDULE 3.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 3, CASH & SECURITIES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Oct 2019 | TreasuryDirect | Arjun, LP | -448-199-007 | Market | Arjun, LP | Change in Market Value - Oct '19 | -$8,246.52 |
| 10/15/19 | TreasuryDirect | Arjun, LP | -448-199-007 | Withdrawal | Arjun, LP | Maturity of Treasury | -$2,252,000.00 |
| 10/15/19 | Citizens Trust | Arjun, LP | 470078581 | Deposit | TreasuryDirect | Deposit of Matured Treasury | $2,252,000.00 |
| | | | | | | Arjun, LP Subtotal | -$8,246.52 |
| | | | | | | | $0.00 |
| | | | | | | Statim Holding Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | -$8,246.52 |

**SCHEDULE 4.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 4, INTEREST/DIVIDEND INCOME**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|-------------|-------------|------|-------------|---------|--------|
| 10/07/19 | Citizens Bank | Arjun, LP | 470078581 | Deposit | RMG of VA Ave | Interest payment, #186605 | $780.75 |
| 10/15/19 | Citizens Bank | Arjun, LP | 470078581 | Deposit | TreasuryDirect | Interest - Matured Treasury | $11,260.00 |
| 10/28/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $227.01 |
| 10/28/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $234.99 |
| 10/31/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $862.45 |
| 10/31/19 | BMO Harris | Arjun, LP | 4824436117 | Deposit | BMO Harris | Return Fees forced check | $84.65 |
| | | | | | | Arjun, LP Subtotal | $13,449.85 |
| | | | | | | | |
| 10/31/19 | Delta Community | Statim Holdings | 0880083132 | Deposit | Statim Holdings | Interest | $389.60 |
| | | | | | | Statim Holdings Subtotal | |
| | | | | | | Arjun & Statim Total | $13,839.45 |

**SCHEDULE 8.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 8, MISCELLANEOUS-OTHER**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| 10/31/19 | TreasuryDirect | Arjun, LP | -448-199-007 | Interest | Arjun, LP | Change in Accrued Interest | $34,649.76 |
| | | | | | | Arjun, LP Subtotal | $34,649.76 |
| | | | | | | Statim Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | $34,649.76 |

**SCHEDULE 9.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 9, DISBURSEMENTS (LOANS) TO INVESTORS**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|

|  |  |  |  |  |  | Statim Holdings Total | $0.00 |

**SCHEDULE 10b.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 10b, BUSINESS ASSET AND OPERATING EXPENSES**

| Date | Bank Name | Account Name | Account No | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|------------|------|-------------|---------|--------|
|      |           |              |            |      |             | Arjun, LP Total | $0.00 |

**SCHEDULE 10d.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 10d, INVESTMENT EXPENSES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Oct 2019 | Arjun, LP | Arjun, LP | Multiple | Interest | Arjun, LP | Accrual-Investor loan interest | $12,077.88 |
| Oct 2019 | Arjun, LP | Arjun, LP | Multiple | Loan Pmt: | Arjun, LP | Investor Loan Payments | -$780.75 |
| | | | | | | Arjun, LP Subtotal | $11,297.13 |
| Oct 2019 | Statim Holdings | Statim Holdings | 186590 | | Monthly Arjun, LP | Chg Statim Capital in Arjun, LP | -$13,619.93 |
| | | | | | | Statim Holdings Subtotal | -$13,619.93 |
| | | | | | | Arjun & Statim Total | -$2,322.80 |

**SCHEDULE 13.1**

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 13, ENDING BALANCE**

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|---|---|---|---|---|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 10/31/19 | $9,850,368.83 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 10/31/19 | $51,783.50 |
| Arjun, LP | Loans to Investors | multiple | 10/31/19 | $9,309,355.78 |
| Arjun, LP | BMO Harris (CD) | 6900598944 | 10/31/19 | $1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 10/31/19 | $0.00 |
| Arjun, LP | BMO Harris [1] | 4824436117 | 10/31/19 | $12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 10/31/19 | $3,844,708.00 |
| Arjun, LP | First IC Bank | 0981 | 10/31/19 | $514,469.21 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 10/31/19 | $100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 10/31/19 | $100,000.00 |
| | | | **Arjun, LP Subtotal** | **$25,033,375.87** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 10/31/19 | $5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 10/31/19 | $1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 10/31/19 | $100.00 |
| Statim Holdings | Delta Community | 80083132-Bus Mon Mkt | 10/31/19 | $1,022,017.96 |
| Statim Holdings | Arjun Capital Acct | 186590 | 10/31/19 | $1,592,458.96 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 10/31/19 | $180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,795,713.34** |
| | | | **Arjun & Statim Total** | **$27,829,089.21** |

## SCHEDULE 13.1.1

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $12,110,615.35 |
| 10/15/19 | Withdrawal | TreasuryDirect | Matured Treasury - Principal | -$2,252,000.00 |
| Oct 2019 | Statement | Arjun, LP | Net Change in Market Value - Oct 2019 | -$8,246.52 |
| 10/31/19 | | | Ending Balance | $9,850,368.83 |

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $17,133.74 |
| Oct 2019 | Statement | Arjun, LP | Net Change Accr Interest - Oct 2019 | $34,649.76 |
| 10/31/19 | | | Ending Balance | $51,783.50 |

**Arjun, LP - Investor Loans, Multiple Account Numbers:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $9,298,058.65 |
| Oct 2019 | Loan Stmt | Arjun, LP | Loan payments by investors (see banks) | -$780.75 |
| Oct 2019 | Loan Stmt | Arjun, LP | Loans to Investors | $0.00 |
| Oct 2019 | Loan Stmt | Arjun, LP | Accrued Interest Income (not collections) | $12,077.88 |
| 10/31/19 | Loan Stmt | | Ending Balance | $9,309,355.78 |

**BMO Harris, Arjun, LP, Account Number 4824436117:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | -$84.65 |
| 10/31/19 | Fee | BMO Harris | Bank Fee | $84.65 |
| 10/31/19 | | | Ending Balance | $0.00 |

**Citizens Trust, Arjun, LP, Account Number 470078581:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $1,580,667.25 |
| 10/07/19 | Deposit | RMG of VA Ave, Inc. | Interest payment, account #186605 | $780.75 |
| 10/15/19 | | Interactive Brokers | Matured Treasury - Interest | $11,260.00 |
| 10/15/19 | | Interactive Brokers | Matured Treasury - Principal | $2,252,000.00 |
| 10/31/19 | | | Ending Balance | $3,844,708.00 |

**First IC Bank, Arjun, LP, Account Number: 0981:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $513,144.76 |
| 10/28/19 | Interest | First IC Bank | Interest | $227.01 |
| 10/28/19 | Interest | First IC Bank | Interest | $234.99 |
| 10/31/19 | Interest | First IC Bank | Interest | $862.45 |
| 10/31/19 | | | Ending Balance | $514,469.21 |

**Delta Community, Statim Holdings, Account Number: 0880083132-Business Money Market:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $1,021,628.36 |
| 10/31/19 | Interest | Delta Community | Interest | $389.60 |
| 10/31/19 | | | Ending Balance | $1,022,017.96 |

**SCHEDULE 13.1.1**

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 10/01/2019 to 10/31/2019**

**DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|

**Delta Community, Statim Holdings, Account Number: 0880083132-5760731:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $1,131.42 |
| Oct 2019 | | | No Change | $0.00 |
| 10/31/19 | | | Ending Balance | $1,131.42 |

**Delta Community, Statim Holdings, Account Number: 0880083132 (Business Savings):**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $5.00 |
| Oct 2019 | | | No Change | $0.00 |
| 10/31/19 | | | Ending Balance | $5.00 |

**Delta Community, Statim Holdings, Account Number: 0880083132 (Value Checking):**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $100.00 |
| Oct 2019 | | | No Change | $0.00 |
| 10/31/19 | | | Ending Balance | $100.00 |

**Arjun, LP, Statim Holdings Capital Account, Account Number: 186590:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 09/30/19 | | | Beginning Balance | $1,606,078.89 |
| 10/31/19 | Allocation | Arjun, LP | Performance Allocation | -12,765.65 |
| 10/31/19 | Net Income | Arjun, LP | Allocation of Monthly Net Income | -$854.28 |
| 10/31/19 | | | Ending Balance | $1,592,458.96 |

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
Receivership, Civil Court Docket No. 1:18-cv-05868-LMM
**Reporting Period 11/01/2019 to 11/30/2019**

(Balances Subject to Audit)

| FUND ACCOUNTING | | Detail | Subtotal | 1/2/2020 Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/31/2019): (Schedule 1.1) | **$27,829,089.21** | | |
| | ***Increases in Fund Balance:*** | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | -$2,735.00 | | |
| Line 4 | Interest/Dividend Income | $1,506.04 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous-Other | $12,630.13 | | |
| | **Total Fund Available (Lines 1-8):** | | $11,401.17 | $27,840,490.38 |
| | ***Decreases in Fund Balance:*** | | | |
| **Line 9** | **Disbursements (Loans) to Investors** | $0.00 | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals (Sched 10.1) | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | -$8,451.97 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | -$8,451.97 | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursement for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Line 9-11):** | | | -$8,451.97 |
| **Line 13** | **Ending Balance (As of 11/30/2019):** | | | **$27,832,038.41** |

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

(Balances Subject to Audit)

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Investments | | | $6,833,937.63 |
| Line 14b | Investments | | | $20,740,996.60 |
| Line 14c | Other Assets or Uncleared Funds | | | $257,104.18 |
| | **Total Ending Balance of Fund - Net Assets** | | | **$27,832,038.41** |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Indentification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period* | | | 0 |
| Line 18b | *# of Claims Received Since Inception of (Receivership)* | | | 0 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception (Receivership)* | | | 0 |

Receiver:

By: _____
 (signature)

 _____
 (printed name)

Date: _____

**Pg. 2**

### SCHEDULE 1.1

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

### DETAIL OF LINE 1, BEGINNING BALANCE

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|---|---|---|---|---|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 10/31/19 | 9,850,368.83 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 10/31/19 | 51,783.50 |
| Arjun, LP | Loans to Investors | multiple | 10/31/19 | 9,309,355.78 |
| Arjun, LP | BMO Harris (CD's) | 6900598944 | 10/31/19 | 1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 10/31/19 | - |
| Arjun, LP | BMO Harris [1] | 4824436117 | 10/31/19 | 12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 10/31/19 | 3,844,708.00 |
| Arjun, LP | First IC Bank | 0981 | 10/31/19 | 514,469.21 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 10/31/19 | 100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 10/31/19 | 100,000.00 |
| | | | **Arjun, LP Subtotal** | **$25,033,375.87** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 10/31/19 | 5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 10/31/19 | 1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 10/31/19 | 100.00 |
| Statim Holdings | Delta Community | 80083132-Bus Mon Mkt | 10/31/19 | 1,022,017.96 |
| Statim Holdings | Arjun Capital Acct | 186590 | 10/31/19 | 1,592,458.96 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 10/31/19 | 180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,795,713.34** |
| | | | **Arjun & Statim Total** | **$27,829,089.21** |

**SCHEDULE 3.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 3, CASH & SECURITIES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Nov 2019 | TreasuryDirect | Arjun, LP | -448-199-007 | Market | Arjun, LP | Change in Market Value - Nov '19 | -$2,735.00 |
| | | | | | | Arjun, LP Subtotal | -$2,735.00 |
| | | | | | | | $0.00 |
| | | | | | | Statim Holding Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | -$2,735.00 |

**SCHEDULE 4.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 4, INTEREST/DIVIDEND INCOME**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| 11/26/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $234.62 |
| 11/26/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $242.86 |
| 11/29/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $711.39 |
| | | | | | | Arjun, LP Subtotal | $1,188.87 |
| 11/30/19 | Delta Community | Statim Holdings | 0880083132 | Deposit | Statim Holdings | Interest | $317.17 |
| | | | | | | Statim Holdings Subtotal | |
| | | | | | | Arjun & Statim Total | $1,506.04 |

**SCHEDULE 8.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 8, MISCELLANEOUS-OTHER**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| 11/30/19 | TreasuryDirect | Arjun, LP | -448-199-007 | Interest | Arjun, LP | Change in Accrued Interest | $12,630.13 |
| | | | | | | Arjun, LP Subtotal | $12,630.13 |
| | | | | | | Statim Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | $12,630.13 |

**SCHEDULE 9.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 9, DISBURSEMENTS (LOANS) TO INVESTORS**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|

|  |  |  |  |  |  | Statim Holdings Total | $0.00 |

**<u>SCHEDULE 10b.1</u>**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 10b, BUSINESS ASSET AND OPERATING EXPENSES**

| Date | Bank Name | Account Name | Account No | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|------------|------|-------------|---------|--------|
|      |           |              |            |      |             | Arjun, LP Total | $0.00 |

**SCHEDULE 10d.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 10d, INVESTMENT EXPENSES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Nov 2019 | Arjun, LP | Arjun, LP | Multiple | Interest | Arjun, LP | Accrual-Investor loan interest | $12,100.88 |
| Nov 2019 | Arjun, LP | Arjun, LP | Multiple | Loan Pmt | Arjun, LP | Investor Loan Payments | $0.00 |
| | | | | | | Arjun, LP Subtotal | $12,100.88 |
| Nov 2019 | Statim Holdings | Statim Holdings | 186590 | | Monthly Arjun, LP | Chg Statim Capital in Arjun, LP | -$20,552.85 |
| | | | | | | Statim Holdings Subtotal | -$20,552.85 |
| | | | | | | Arjun & Statim Total | -$8,451.97 |

**SCHEDULE 13.1**

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 13, ENDING BALANCE**

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|--------|----------------------|----------------|--------------|---------|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 11/30/19 | $9,847,633.83 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 11/30/19 | $64,413.63 |
| Arjun, LP | Loans to Investors | multiple | 11/30/19 | $9,321,456.66 |
| Arjun, LP | BMO Harris (CD) | 6900598944 | 11/30/19 | $1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 11/30/19 | $0.00 |
| Arjun, LP | BMO Harris [1] | 4824436117 | 11/30/19 | $12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 11/30/19 | $3,844,708.00 |
| Arjun, LP | First IC Bank | 0981 | 11/30/19 | $515,658.08 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 11/30/19 | $100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 11/30/19 | $100,000.00 |
| | | | **Arjun, LP Subtotal** | **$25,056,560.75** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 11/30/19 | $5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 11/30/19 | $1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 11/30/19 | $100.00 |
| Statim Holdings | Delta Community | 80083132-Bus Mon Mkt | 11/30/19 | $1,022,335.13 |
| Statim Holdings | Arjun Capital Acct | 186590 | 11/30/19 | $1,571,906.11 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 11/30/19 | $180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,775,477.66** |
| | | | **Arjun & Statim Total** | **$27,832,038.41** |

## SCHEDULE 13.1.1

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

### DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $9,850,368.83 |
| Nov 2019 | Statement | Arjun, LP | Net Change in Market Value - Nov 2019 | -$2,735.00 |
| 11/30/19 | | | Ending Balance | $9,847,633.83 |

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $51,783.50 |
| Nov 2019 | Statement | Arjun, LP | Net Change Accr Interest - Nov 2019 | $12,630.13 |
| 11/30/19 | | | Ending Balance | $64,413.63 |

**Arjun, LP - Investor Loans, Multiple Account Numbers:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $9,309,355.78 |
| Nov 2019 | Loan Stmt | Arjun, LP | Loan payments by investors (see banks) | $0.00 |
| Nov 2019 | Loan Stmt | Arjun, LP | Loans to Investors | $0.00 |
| Nov 2019 | Loan Stmt | Arjun, LP | Accrued Interest Income (not collections) | $12,100.88 |
| 11/30/19 | Loan Stmt | | Ending Balance | $9,321,456.66 |

**BMO Harris, Arjun, LP, Account Number 4824436117:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $0.00 |
| 11/30/19 | Fee | BMO Harris | Bank Fee | $0.00 |
| 11/30/19 | | | Ending Balance | $0.00 |

**Citizens Trust, Arjun, LP, Account Number 470078581:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $3,844,708.00 |
| 11/30/19 | | No Activity | | |
| 11/30/19 | | | Ending Balance | $3,844,708.00 |

**First IC Bank, Arjun, LP, Account Number: 098**

| | | | | |
|------|-----------|-------------|---------|--------|
| | | | Beginning Balance | $514,469.21 |
| 11/26/19 | Interest | First IC Bank | Interest | $234.62 |
| 11/26/19 | Interest | First IC Bank | Interest | $242.86 |
| 11/29/19 | Interest | First IC Bank | Interest | $711.39 |
| | | | Ending Balance | $515,658.08 |

**Delta Community, Statim Holdings, Account Number: 0880083132-Business Money Market:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $1,022,017.96 |
| 11/30/19 | Interest | Delta Community | Interest | $317.17 |
| 11/30/19 | | | Ending Balance | $1,022,335.13 |

**Delta Community, Statim Holdings, Account Number: 0880083132-5760731:**

| | | | | |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $1,131.42 |
| 11/30/19 | | | No Change | $0.00 |
| 11/30/19 | | | Ending Balance | $1,131.42 |

## SCHEDULE 13.1.1

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 11/01/2019 to 11/30/2019**

**DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|

**Delta Community, Statim Holdings, Account Number: 0880083132 (Business Savings):**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $5.00 |
| 11/30/19 | | | No Change | $0.00 |
| 11/30/19 | | | Ending Balance | $5.00 |

**Delta Community, Statim Holdings, Account Number: 0880083132 (Value Checking):**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $100.00 |
| Nov 2019 | | | No Change | $0.00 |
| 11/30/19 | | | Ending Balance | $100.00 |

**Arjun, LP, Statim Holdings Capital Account, Account Number: 186590:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 10/31/19 | | | Beginning Balance | $1,592,458.96 |
| Nov 2019 | Allocation | Arjun, LP | Performance Allocation | -19,262.56 |
| Nov 2019 | Net Income | Arjun, LP | Allocation of Monthly Net Income | -$1,290.29 |
| 11/30/19 | | | Ending Balance | $1,571,906.11 |

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
Receivership, Civil Court Docket No. 1:18-cv-05868-LMM
Reporting Period 12/01/2019 to 12/31/2019

(Balances Subject to Audit)

| FUND ACCOUNTING | | Detail | Subtotal | 1/24/2020 Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 11/30/2019): (Schedule 1.1) | $27,832,038.41 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | $27,851.51 | | |
| Line 4 | Interest/Dividend Income | $78,682.54 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous-Other | -$64,247.62 | | |
| | **Total Fund Available (Lines 1-8):** | | $42,286.43 | $27,874,324.84 |
| | *Decreases in Fund Balance:* | | | |
| **Line 9** | **Disbursements (Loans) to Investors** | -$16,945.00 | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals (Sched 10.1) | | | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | $25,739.23 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | $8,794.23 | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursement for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Line 9-11):** | | | $8,794.23 |
| **Line 13** | **Ending Balance (As of 12/31/2019):** | | | $27,883,119.07 |

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS & ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

(Balances Subject to Audit)

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Investments | | | $9,132,675.17 |
| Line 14b | Investments | | | $18,557,587.34 |
| Line 14c | Other Assets or Uncleared Funds | | | $192,856.56 |
| | **Total Ending Balance of Fund - Net Assets** | | | **$27,883,119.07** |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Consultants | | | |
| | Legal Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Indentification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claims Processing | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | | | 3 |
| *Line 18b* | *# of Claims Received Since Inception of (Receivership)* | | | 3 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | 0 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception (Receivership)* | | | 0 |

Receiver:

By: _____
           (signature)

           _____
           (printed name)

Date: _____

**Pg. 2**

**<u>SCHEDULE 1.1</u>**

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 1, BEGINNING BALANCE**

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|--------|----------------------|----------------|--------------|---------|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 11/30/19 | $9,847,633.83 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 11/30/19 | $64,413.63 |
| Arjun, LP | Loans to Investors | multiple | 11/30/19 | $9,321,456.66 |
| Arjun, LP | BMO Harris (CD) | 6900598944 | 11/30/19 | $1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 11/30/19 | $0.00 |
| Arjun, LP | BMO Harris [1] | 4824436117 | 11/30/19 | $12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 11/30/19 | $3,844,708.00 |
| Arjun, LP | First IC Bank | 0981 | 11/30/19 | $515,658.08 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 11/30/19 | $100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 11/30/19 | $100,000.00 |
| | | | **Arjun, LP Subtotal** | **$25,056,560.75** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 11/30/19 | $5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 11/30/19 | $1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 11/30/19 | $100.00 |
| Statim Holdings | Delta Community | 80083132-Bus Mon Mkt | 11/30/19 | $1,022,335.13 |
| Statim Holdings | Arjun Capital Acct | 186590 | 11/30/19 | $1,571,906.11 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 11/30/19 | $180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,775,477.66** |
| | | | **Arjun & Statim Total** | **$27,832,038.41** |

**SCHEDULE 3.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 3, CASH & SECURITIES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Dec 2019 | TreasuryDirect | Arjun, LP | #H-448-199-007 | Market | Arjun, LP | Change in Market Value - Dec '19 | $27,851.51 |
| 12/31/19 | Citizens Trust | Arjun, LP | 470078581 | Deposit | TreasuryDirect | Deposit of Matured Treasury | $2,237,000.00 |
| | | | | | | Arjun, LP Subtotal | $27,851.51 |
| | | | | | | | $0.00 |
| | | | | | | Statim Holding Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | $27,851.51 |

**SCHEDULE 4.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 4, INTEREST/DIVIDEND INCOME**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| 12/26/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $227.01 |
| 12/26/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $234.99 |
| 12/31/19 | First IC Bank | Arjun, LP | 0981 | Deposit | Arjun, LP | Interest | $786.89 |
| 12/31/19 | TreasuryDirect | Arjun, LP | 448-199-007 | Deposit | Arjun, LP | Treasury Interest | $12,583.13 |
| 12/31/19 | TreasuryDirect | Arjun, LP | 448-199-007 | Deposit | Arjun, LP | Treasury Interest | $30,379.38 |
| 12/31/19 | TreasuryDirect | Arjun, LP | 448-199-007 | Deposit | Arjun, LP | Treasury Interest | $34,081.25 |
| | | | | | | Arjun, LP Subtotal | $78,292.65 |
| 12/31/19 | Delta Community | Statim Holdings | 0880083132 | Deposit | Statim Holdings | Interest | $389.89 |
| | | | | | | Statim Holdings Subtotal | |
| | | | | | | Arjun & Statim Total | $78,682.54 |

**SCHEDULE 8.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 8, MISCELLANEOUS-OTHER**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| 12/31/19 | TreasuryDirect | Arjun, LP | #H-448-199- | Interest | Arjun, LP | Change in Accrued Interest | -$64,247.62 |
| | | | | | | Arjun, LP Subtotal | -$64,247.62 |
| | | | | | | Statim Subtotal | $0.00 |
| | | | | | | Arjun & Statim Total | -$64,247.62 |

**SCHEDULE 9.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 9, DISBURSEMENTS (LOANS) TO INVESTORS**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|

**SCHEDULE 10b.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 10b, BUSINESS ASSET AND OPERATING EXPENSES**

| Date | Bank Name | Account Name | Account No | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|------------|------|-------------|---------|--------|
| 12/11/19 | Citizens Trust | Arjun, LP | 470078581 | Ck 995014 | Rubio CPA | Accounting Fees | -$5,525.00 |
| 12/23/19 | Citizens Trust | Arjun, LP | 470078581 | Ck 995015 | IRA Services Tr Co. | 2019 RMD-James Recknag | -$3,920.00 |
| 12/30/19 | Citizens Trust | Arjun, LP | 470078581 | Ck 995016 | Panoptic Fund Admi | Fund Administration Fees | -$7,500.00 |
| | | | | | | Arjun, LP Total | -$16,945.00 |

**SCHEDULE 10d.1**

**STANDARDIZED FUND ACCOUNTING REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 10d, INVESTMENT EXPENSES**

| Date | Bank Name | Account Name | Account No. | Ref. | Payor/Payee | Purpose | Amount |
|------|-----------|--------------|-------------|------|-------------|---------|--------|
| Nov 2019 | Arjun, LP | Arjun, LP | Multiple | Interest | Arjun, LP | Accrual-Investor loan interest | $12,123.94 |
| Nov 2019 | Arjun, LP | Arjun, LP | Multiple | Loan Pmt | Arjun, LP | Investor Loan Payments | $0.00 |
| | | | | | | Arjun, LP Subtotal | $12,123.94 |
| Nov 2019 | Statim Holdings | Statim Holdings | 186590 | | Monthly Arjun, LP | Chg Statim Capital in Arjun, LP | $13,615.29 |
| | | | | | | Statim Holdings Subtotal | $13,615.29 |
| | | | | | | Arjun & Statim Total | $25,739.23 |

**SCHEDULE 13.1**

**STANDARDIZED FUND ACCTG REPORT FOR STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 13, ENDING BALANCE**

| Entity | Bank /Brokerage Name | Account Number | *As of Date* | Balance |
|--------|----------------------|----------------|-------------|---------|
| Arjun, LP | TreasuryDirect-Treasuries | Arjun #H-448-199-007 | 12/31/19 | $7,638,485.34 |
| Arjun, LP | Treasury Direct-Accr Interest | Arjun #H-448-199-007 | 12/31/19 | $166.01 |
| Arjun, LP | Loans to Investors | multiple | 12/31/19 | $9,333,580.60 |
| Arjun, LP | BMO Harris (CD) | 6900598944 | 12/31/19 | $1,250,000.00 |
| Arjun, LP | BMO Harris | 4824436117 | 12/31/19 | $0.00 |
| Arjun, LP | BMO Harris [1] | 4824436117 | 12/31/19 | $12,690.55 |
| Arjun, LP | Citizens Trust | 470078581 | 12/31/19 | $6,141,806.76 |
| Arjun, LP | First IC Bank | 0981 | 12/31/19 | $516,906.97 |
| Arjun, LP | First IC Bank (CD's) | 1879 | 12/31/19 | $100,000.00 |
| Arjun, LP | First IC Bank (CD's) | 1882 | 12/31/19 | $100,000.00 |
| | | | **Arjun, LP Subtotal** | **$25,093,636.23** |
| Statim Holdings | Delta Community | 880083132-Bus Savings | 12/31/19 | $5.00 |
| Statim Holdings | Delta Community | 0880083132-5760731 | 12/31/19 | $1,131.42 |
| Statim Holdings | Delta Community | 0880083132-1789412 | 12/31/19 | $100.00 |
| Statim Holdings | Delta Community | 30083132-Bus Mon Mkt | 12/31/19 | $1,022,725.02 |
| Statim Holdings | Arjun Capital Acct | 186590 | 12/31/19 | $1,585,521.40 |
| Statim Holdings | Nija Meyer | Loan to Nija Meyer | 12/31/19 | $180,000.00 |
| | | | **Statim Holdings  Subtotal** | **$2,789,482.84** |
| | | | **Arjun & Statim Total** | **$27,883,119.07** |

## SCHEDULE 13.1.1

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis**
**Receivership, Civil Court Docket No. 1:18-cv-05868-LMM**
**Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $9,847,633.83 |
| 12/31/19 | Withdrawal | TreasuryDirect | Matured Treasury - Principal | -$2,237,000.00 |
| 12/31/19 | Statement | Arjun, LP | Net Change in Market Value - Dec 2019 | $27,851.51 |
| 12/31/19 | | | Ending Balance | $7,638,485.34 |

**Treasury Direct, Arjun, LP, Account Number H-448-199-00:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $64,413.63 |
| Dec 2019 | Statement | Arjun, LP | Net Change Accr Interest - Dec 2019 | -$64,247.62 |
| 12/31/19 | | | Ending Balance | $166.01 |

**Arjun, LP - Investor Loans, Multiple Account Numbers:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $9,321,456.66 |
| Dec 2019 | Loan Stmt | Arjun, LP | Loan payments by investors (see banks) | $0.00 |
| Dec 2019 | Loan Stmt | Arjun, LP | Loans to Investors | $0.00 |
| Dec 2019 | Loan Stmt | Arjun, LP | Accrued Interest Income (not collections) | $12,123.94 |
| 12/31/19 | Loan Stmt | | Ending Balance | $9,333,580.60 |

**BMO Harris, Arjun, LP, Account Number 4824436117:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $0.00 |
| 12/31/19 | Fee | BMO Harris | Bank Fee | $0.00 |
| 12/31/19 | | | Ending Balance | $0.00 |

**Citizens Trust, Arjun, LP, Account Number 470078581:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $3,844,708.00 |
| 12/11/19 | Ck 995014 | Rubio CPA | Accounting Fees | -$5,525.00 |
| 12/23/19 | Ck 995015 | IRA Services Trust Co. | 2019 RMD re James Recknagel IRA | -$3,920.00 |
| 12/30/19 | Ck 995016 | Panoptic Fund Admin | Fund Administration Fees | -$7,500.00 |
| 12/31/19 | Deposit | TreasuryDirect | Treasury Interest | $12,583.13 |
| 12/31/19 | Deposit | TreasuryDirect | Treasury Interest | $30,379.38 |
| 12/31/19 | Deposit | TreasuryDirect | Treasury Interest | $34,081.25 |
| 12/31/19 | Deposit | TreasuryDirect | Matured Treasury | $2,237,000.00 |
| 12/31/19 | | | Ending Balance | $6,141,806.76 |

**First IC Bank, Arjun, LP, Account Number: 098**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| | | | Beginning Balance | $515,658.08 |
| 12/26/19 | Interest | First IC Bank | Interest | $227.01 |
| 12/26/19 | Interest | First IC Bank | Interest | $234.99 |
| 12/31/19 | Interest | First IC Bank | Interest | $786.89 |
| 12/31/19 | | | Ending Balance | $516,906.97 |

**Delta Community, Statim Holdings, Account Number: 0880083132-Business Money Market:**

| Date | Reference | Payee/Payor | Purpose | Amount |
|------|-----------|-------------|---------|--------|
| 11/30/19 | | | Beginning Balance | $1,022,335.13 |

**SCHEDULE 13.1.1**

**STANDARDIZED FUND ACCOUNT REPORT-STATIM HOLDINGS/ARJUN, LP- Cash Basis
Receivership, Civil Court Docket No. 1:18-cv-05868-LMM
Reporting Period 12/01/2019 to 12/31/2019**

**DETAIL OF LINE 13, RECONCILIATION OF BEGINNING/ENDING BALANCES**

| Date | Reference | Payee/Payor | Purpose | Amount |
|---|---|---|---|---|
| 12/31/19 | Interest | Delta Community | Interest | $389.89 |
| 12/31/19 | | | Ending Balance | $1,022,725.02 |
| | | | | |
| **Delta Community, Statim Holdings, Account Number: 0880083132-5760731:** | | | | |
| 11/30/19 | | | Beginning Balance | $1,131.42 |
| 12/31/19 | | | No Change | $0.00 |
| 12/31/19 | | | Ending Balance | $1,131.42 |
| **Delta Community, Statim Holdings, Account Number: 0880083132 (Business Savings):** | | | | |
| 11/30/19 | | | Beginning Balance | $5.00 |
| 12/31/19 | | | No Change | $0.00 |
| 12/31/19 | | | Ending Balance | $5.00 |
| | | | | |
| **Delta Community, Statim Holdings, Account Number: 0880083132 (Value Checking):** | | | | |
| 11/30/19 | | | Beginning Balance | $100.00 |
| Dec 2019 | | | No Change | $0.00 |
| 12/31/19 | | | Ending Balance | $100.00 |
| | | | | |
| **Arjun, LP, Statim Holdings Capital Account, Account Number: 186590:** | | | | |
| 11/30/19 | | | Beginning Balance | $1,571,906.11 |
| Dec 2019 | Allocation | Arjun, LP | Performance Allocation | 11,974.37 |
| Dec 2019 | Net Income | Arjun, LP | Allocation of Monthly Net Income | $1,640.92 |
| 12/31/19 | | | Ending Balance | $1,585,521.40 |