# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC.,<br><br>　　Defendants. | Civil Action File No. 1:18-cv-05868-LMM |

## ORDER

This matter is before the Court on Receiver Al Hill's ("Receiver") Motion to Allow and Pay Fees and Expenses to the Receiver (Second Interim Application) ("Motion"). The Receiver requests payment of attorneys' fees and expenses incurred in his duties as Receiver during the period October 1, 2019, to December 31, 2019. No other party filed a response to the Motion, and it is deemed unopposed. N.D. Ga. LR 7.1(B). Having considered the Motion, and that it is unopposed,

**IT IS HEREBY ORDERED** that the Receiver's Motion to Allow and Pay Fees and Expenses to the Receiver (Second Interim Application) is **GRANTED.**

The Receiver is authorized to draw down $41,976.44 from the assets of the receivership to pay the Receiver and his counsel and $24,410.00 to pay Lightfoot Group, LLC.

      **SO ORDERED** this \_\_\_ day of _____, 2020.

_____
Leigh Martin May
United States District Judge
Northern District of Georgia