## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC.,<br><br>    Defendants. | Civil Action File No.<br>1:18-cv-05868-LMM |

### RECEIVER'S SUPPLEMENT TO HIS MOTION TO ALLOW AND PAY FEES AND EXPENSES TO THE RECEIVER (THIRD INTERIM APPLICATION)

Al Hill, the Receiver appointed in these proceedings ("Receiver"), previously filed a motion for payment of fees and expenses incurred in his duties as Receiver for the period January 1, 2020 through March 31, 2020 [Doc. 110]. This supplement is filed to correct the fees invoiced by Lightfoot Group, the accounting firm assisting the Receiver. During the period, Lightfoot Group performed services and incurred expenses as follows:

    (a)  Litigation Counseling                                         $      0.00

    (b)  Accounting/Auditing                                         <u>$ 14,300.00</u>

        **TOTAL:**                                                           $ 14,300.00

1

The Receiver respectfully requests that the Court grant this interim application for payment of fees in the amount of $42,922.08 to Taylor English Duma LLP and $14,300.00 to Lightfoot Group, LLC.  A proposed order is attached hereto as Exhibit A.

Respectfully submitted, this 28th day of April, 2020.

>*/s/ William G. Leonard*
>WILLIAM G. LEONARD
>Georgia Bar No. 446912
>bleonard@taylorenglish.com
>
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, Georgia  30339
>Telephone: (770) 434-6868
>Facsimile: (404) 434-7376
>*Attorneys for Receiver Al B. Hill*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC., <br><br> Defendants. | Civil Action File No. <br> 1:18-cv-05868-LMM |

## ORDER

This matter is before the Court on Receiver Al Hill's ("Receiver") Supplement to His Motion to Allow and Pay Fees and Expenses to the Receiver (Third Interim Application) ("Motion") [Doc. 110], as supplemented by the Receiver on April 28, 2020 [Doc. 113]. The Receiver requests payment of attorneys' fees and expenses incurred in his duties as Receiver during the period January 1, 2020, to March 31, 2020. No other party filed a response to the Motion, and it is deemed unopposed. N.D. Ga. LR 7.1(B). Having considered the Motion, and that it is unopposed,

**IT IS HEREBY ORDERED** that the Receiver's Motion to Allow and Pay Fees and Expenses to the Receiver (Third Interim Application) as supplemented is **GRANTED.** The Receiver is authorized to draw down $57,222.08 from the assets of the receivership.

**SO ORDERED** this ___ day of _____, 2020.

_____
Leigh Martin May
United States District Judge
Northern District of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Receiver's Supplement to His Motion to Allow and Pay Fees and Expenses to the Receiver (Third Interim Application)* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 28th day of April, 2020.

                                           */s/ William G. Leonard*
                                           WILLIAM G. LEONARD
                                           bleonard@taylorenglish.com