IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC.,<br><br>     Defendants. | Civil Action File No.<br>1:18-cv-05868-LMM |

## ORDER

This matter is before the Court on Receiver Al Hill's ("Receiver") Motion to Allow and Pay Fees and Expenses to the Receiver (Fourth Interim Application) ("Motion"). The Receiver requests payment of attorneys' fees and expenses incurred in his duties as Receiver during the period April 1, 2020, to June 30, 2020. No other party filed a response to the Motion, and it is deemed unopposed. N.D. Ga. LR 7.1(B). Having considered the Motion, and that it is unopposed,

**IT IS HEREBY ORDERED** that the Receiver's Motion to Allow and Pay Fees and Expenses to the Receiver (Fourth Interim Application) is **GRANTED.** The Receiver is authorized to draw down $143,491.10 from the assets of the receivership.

1

**SO ORDERED** this ___ day of _____, 2020.

_____
Leigh Martin May
United States District Judge
Northern District of Georgia