# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC., <br><br> Defendants. | Civil Action File No. <br> 1:18-cv-05868-LMM |

## ORDER APPROVING SETTLEMENT, FINAL DISTRIBUTION TO CLAIMANTS, AND STEPS NECESSARY TO TERMINATE RECEIVERSHIP

The Court has reviewed the Receiver's Motion to Approve Settlement, Approve Final Distribution to Claimants, and Approve Steps Necessary to Terminate Receivership [Doc. 209]. The Motion is unopposed.

The Court has held hearings on these underlying issues on August 6, 2020 and January 26, 2021. The Court has also entered interim orders addressing in detail various objections and approving portions of the distribution. For good cause shown, this Motion is granted.

The Court approves the proposed settlement between the Receiver and claimant Dr. Bhagirath Majmudar. The Court also approves the Receiver's proposed distributions to claimants and the retention of a reserve of $250,000 for anticipated future expenses of the receivership.

The Court directs the Receiver to proceed expeditiously to make the next (and possibly final) distribution to Dr. Majmudar, current Arjun limited partners, and other approved claimants, in exchange for a release of further claims. Thereafter, the Receiver shall work toward a conclusion of the receivership, including closing out the work of the third-party administrator, having final financial statements prepared, and obtaining a final audit of the Fund and final tax returns, so that Arjun can be dissolved. When that work is done, the Receiver shall report back to the Court and advise whether any of the reserve is unspent and, if so, whether in the Receiver's judgment a supplemental distribution is cost effective.

Claimant Bhagirath Majmudar's Motion to Amend Judgment [190] is **DENIED** as **MOOT**.

**SO ORDERED** this 1st day of June, 2021.

_____
Leigh Martin May
United States District Judge
Northern District of Georgia