UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC.,<br><br>       Defendants. | Civil Action File No.<br>1:18-cv-05868-LMM |

## JOINT STATUS REPORT

Pursuant to the Court's request, the parties hereby file this joint report regarding the status of this matter. Currently pending before the Court is the Receiver's Motion to Determine Propriety of Meyer's Legal Fees. [Dkt. No. 212.] Defendant Meyer's response is due on July 31, 2021.[1] [See Dkt. No. 214.] Upon

---

[1] Defendant Meyer may be compelled to ask for an additional extension as he has requested his cellphone records from his service provider, Sprint, for the period of September 2016 until the present, but no records have yet been forthcoming. The cellphone records are needed to accurately reflect the dates and length of telephone calls between Meyer and his defense counsel Steve Sadow. Defense counsel's office telephone records do not reflect non-long distance calls

resolution of that motion, the Receiver expects to make its final distribution to investors.

Pursuant to the Court's orders, the Receiver has been collecting releases and making distributions to investors. Through July 19, 2021, the Receivership distributed $3,328,861.14. Yet to be distributed in the current round is $326,617.52; that amount will go to claimants with penalty reimbursement claims and one investor from whom the Receiver is awaiting account information. The current account balance is $672,811.06. The Receiver anticipates receiving the remaining releases and completing this round of distributions shortly.

Counsel for the Securities and Exchange Commission (the "Commission") have requested authority from the Commission to resolve its remaining claims against Defendants Joseph A. Meyer, Jr. and Statim Holdings, Inc., including the Commission's claims for disgorgement and penalties. Counsel anticipates obtaining such authority before the end of July, but the amount of disgorgement that the Commission will seek will depend on the amount the Receiver is ultimately able to distribute to investors. The Commission intends to file a motion with the Court to resolve its remaining claims within 14 days of the Receiver's final distribution.

Dated:  July 22, 2021

                                          Respectfully submitted,

*Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
murnahank@sec.gov

Joshua A. Mayes
Senior Trial Counsel
Georgia Bar No. 143107
mayesj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
404-842-7600


*/s/ Steven H. Sadow*
Steven H. Sadow, Esq,
Georgia Bar No. 622075
stevesadow@gmail.com

Attorneys for Defendant Joseph A. Meyer, Jr.
Steven H. Sadow, P.C.
260 Peachtree Street, N.W., Suite 2502
Atlanta, GA  30303
404-577-1400

/s/ *William G. Leonard*
William G. Leonard
Georgia Bar No. 446912
bleonard@ContinuumLG.com

Continuum Legal Group LLP
227 Sandy Springs Place, Suite D-355
Atlanta, Georgia 30328
770.800.1538

Attorneys for Receiver Al B. Hill

## CERTIFICATION OF COMPLIANCE

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

*Kristin W. Murnahan*
Kristin W. Murnahan

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

This 22nd day of July, 2021.

                                              *Kristin W. Murnahan*
                                              Kristin W. Murnahan