IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH A. MEYER, JR. and STATIM HOLDINGS, INC.,<br><br>    Defendants. | Civil Action File No.<br>1:18-cv-05868-LMM |

## TWELFTH QUARTERLY STATUS REPORT OF RECEIVER

Pursuant to an Order entered on July 9, 2019 [Doc. 71], this Court appointed Al Hill as Receiver for Statim Holdings, LLC ("Statim"), formerly known as Statim Holdings, Inc. Statim is the sole general partner of a hedge fund, Arjun, L.P. (the "Fund" or "Arjun"). In that Order, the Court directed the Receiver to provide a status report of the receivership within thirty days of the close of each calendar quarter. [Doc. 71 at 18-19.] This filing is the Receiver's Twelfth Quarterly Status Report and covers the second calendar quarter of 2022.

**A.    Scope of Report**

As noted above, the Receiver is the receiver for Statim Holdings, LLC, which is the sole general partner of the Fund. Assets of Statim and the Fund have now been

combined and are held in a single bank account. This report will encompass the status of and activities with respect to both Statim and the Fund.

B.      **Summary of Activities**

The Receivership's outside accountants have now completed the final audit of the Fund. A copy of the audit is attached as Exhibit A. Monthly statements have been discontinued. The Receiver will file a motion to dissolve the Receivership after filing final tax returns for 2021 and 2022. Based on expected expenses to file final tax returns and wind up the Receivership, the Receiver does not anticipate further distributions to the investors. The Receiver will continue to post updates on the receivership website at www.statimreceivership.com.

C.      **Current Financial Status**

Since April 30, 2022 (the date of the audit), the Receivership has incurred expenses of $26,084.26, leaving a cash balance as of June 30, 2022, of $50,087.23.

Expenses during the second quarter of 2022 included:

*Receiver's Accrued Fees, including fees of counsel*:

     April -      $4,718.02

     May -       $1,517.50

     June -      $   642.50

*Lightfoot Accrued Fees*:

  April -  $1,045.00

  May -  $ 220.00

  June -  $ 825.00

Respectfully submitted, this 29th day of July, 2022. This document was prepared using Times New Roman 14-point font.

           */s/ William G. Leonard*
           WILLIAM G. LEONARD
           Georgia Bar No. 446912
           bleonard@ContinuumLG.com
           Direct telephone: 470-763-6225
           CONTINUUM LEGAL GROUP LLP
           5605 Glenridge Drive, Suite 600
           Atlanta, GA 30342
           Telephone: 770-800-3518
           Counsel for Receiver Al Hill

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *Twelfth Quarterly Report of Receiver* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 29th day of July, 2022.

                                              */s/ William G. Leonard*
                                              WILLIAM G. LEONARD
                                              bleonard@ContinuumLG.com